No. 67393.—Kaufman & Vinson Co. v. United States, protest 61/18501 (New York).

Opinion by OLIVER, C.J. In accordance with oral stipulation of counsel that the merchandise consists of a bow composed of cotton velveteen, not commonly or commercially known as jewelry, the claim of the plaintiff was sustained.

No. 67394.—R. Greenspan & Co., Inc. v. United States, protest 60/28721 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of Kleenex covers of wood similar in all material respects to those the subject of *Quon Quon Company v. United States* (41 Cust. Ct. 178, C.D. 2038), the claim of the plaintiff was sustained.

No. 67395.—Moltofoam Corp. of America and Rohner Gehrig & Co., Inc. v. United States, protests 317982–K, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of slippers similar in all material respects to those the subject of *Torch Rubber Co., Inc., et al.* v. *United States* (41 Cust. Ct. 161, C.D. 2035), the claim of the plaintiffs was sustained.